## Brantley v. Hicks, administrator.

Hill, J. 1. Levy of a tax execution against property in the hands of an administrator for distribution, which execution according to the evidence is excessive, is void, and a sale thereunder will pass no title.

2. Under the facts of this case the court did not err in continuing in force the order restraining a sale of the property levied on. Civil Code, § 4000. This case differs in its facts from *Harris Orchard Co. v. Tharpe*, 177 *Ga.* 547, where the complainant was a third party whose remedy is provided in the Civil Code (1910), § 1159.

*Judgment affirmed.   All the Justices concur.*

No. 9789.   October 13, 1933.

*G. C. Bidgood,* for plaintiff in error.
*L. L. Porter* and *R. G. Hicks,* contra.